USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1815 DEBRA L. MORGAN, Plaintiff, Appellant, v. BOSTON REDEVELOPMENT AUTHORITY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Cyr, Stahl and Lynch, Circuit Judges. ______________ ____________________ Debra L. Morgan on brief pro se. _______________ Rebecca J. Wilson, William V. Hoch and Peabody & Arnold on brief _________________ ________________ ________________ for appellees. ____________________ March 19, 1997 ____________________ Per Curiam. Even assuming appellant Debra L. ___________ Morgan held a property interest in her position of employment with the Boston Redevelopment Authority, a careful review of the record and the parties' briefs on appeal satisfies us that the district court correctly ruled that Morgan failed to demonstrate a trialworthy issue as to whether the defendants acted arbitrarily and capriciously in terminating her employment. We therefore affirm the judgment of the district court in this regard for essentially the reasons stated in its Memorandum and Order, dated May 22, 1996. Affirmed. See Local Rule 27.1. ________ ___ -2-